| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MANDIP SINGH,

    Petitioner,

    v.

DAVID STILL, District Director,
U.S. Department of Homeland Security,
Citizenship and Immigration Services;

MICHAEL CHERTOFF, Secretary,
U.S. Department of Homeland Security;

ALBERTO GONZALES, Attorney General,
United States Department of Justice;

ROBERT MUELLER, III, Director,
Federal Bureau of Investigation,

    Respondents.

No. C 06-7869 MMC

**STIPULATION TO EXTEND DATES; and
[PROPOSED] ORDER**

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, hereby stipulate, subject to the approval of the Court, to the following:

    1. Petitioner filed this action on or about December 22, 2006, and Respondents' Answer is due on February 27, 2007.

    2. Pursuant to this Court's December 22, 2006 Order Setting Initial Case Management

Stip to Extend Time
C-06-7869 MMC

1  Conference, the parties are required to file a joint case management statement on April 6, 2007, and
2  attend a case management conference on April 13, 2007.
3      3. Petitioner is scheduled for an interview with the USCIS on March 12, 2006 regarding his
4  application for naturalization.  In light of the interview, the parties hereby respectfully ask this
5  Court to extend the dates in the Court's scheduling order as follows:
6      Last day for Defendant to file an Answer                March 29, 2007
7      Last day to file Joint ADR Certification                April 27, 2007
8      Last day to file/serve Joint Case Management Statement:   May 11, 2007
9      Case Management Conference:                              May 18, 2007 at 10:30 a.m.

11  Dated: February 23, 2007                  Respectfully submitted,
12                                            SCOTT N. SCHOOLS
                                              United States Attorney

15                                            ILA C. DEISS
                                              Assistant United States Attorney
16                                            Attorney for Respondents

18  Dated: February 23, 2007                  see faxed signature
                                              ROBERT JOBE
19                                            Attorney for Petitioner

### ORDER

Pursuant to stipulation, IT IS SO ORDERED, with the exception that the case management conference will be held May 25, 2007 at 10:30 a.m., and the parties shall file a joint case management statement no later than May 18, 2007.

25  Date:   February 26, 2007
                                              MAXINE M. CHESNEY
26                                            United States District Judge

Stip to Extend Time
C-06-7869 MMC

1  Conference, the parties are required to file a joint case management statement on April 6, 2007, and
2  attend a case management conference on April 13, 2007.
3      3. Petitioner is scheduled for an interview with the USCIS on March 12, 2006 regarding his
4  application for naturalization. In light of the interview, the parties hereby respectfully ask this
5  Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | March 29, 2007 |
| Last day to file Joint ADR Certification | April 27, 2007 |
| Last day to file/serve Joint Case Management Statement: | May 11, 2007 |
| Case Management Conference: | May 18, 2007 at 10:30 a.m. |

Dated: February ____, 2007                Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorney for Respondents

Dated: February 23, 2007
                                          _____
                                          ROBERT JOBE
                                          Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:                                     _____
                                          MAXINE M. CHESNEY
                                          United States District Judge


Stip to Extend Time
C-06-7869 MMC