| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANDIP SINGH, | ) |
| | ) No. C 06-7869 MMC |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID STILL, District Director, | ) **STIPULATION TO DISMISS; AND** |
| U.S. Department of Homeland Security, | ) **[PROPOSED] ORDER** |
| Citizenship and Immigration Services; | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security; | ) |
| | ) |
| ALBERTO GONZALES, Attorney General, | ) |
| United States Department of Justice; | ) |
| | ) |
| ROBERT MUELLER, III, Director, | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Respondents. | ) |
| | ) |

Petitioner, by and though his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Petitioner's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stip to Dismiss
C-06-7869 MMC

| | | |
|---|---|---|
| 1 | Dated: March 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Respondents

Dated: March 21, 2007

/s/
ROBERT JOBE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 23, 2007

/s/
MAXINE M. CHESNEY
United States District Judge

Stip to Dismiss
C-06-7869 MMC